THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SELAM ARAYA, individually,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK,<br><br>Defendant. | Case No. 3:19-cv-05235-BHS<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

The parties in the above-captioned matter stipulate and agree under Fed. R. Civ. P. 41(a)(1)(A)(ii) that the Court may dismiss with prejudice all claims, causes of action, and parties, with each party bearing that party's own costs, expenses, and fees.

DATED this 11th day of March, 2021.

| CLIFFORD LAW FIRM | LANE POWELL PC |
|---|---|
| By: *s/ Sean P. Driscoll*<br>Sean P. Driscoll (*Pro Hac Vice*)<br>spd@cliffordlaw.com<br>Kevin P. Durkin (*Pro Hac Vice*)<br>kpd@cliffordlaw.com<br>Kristopher S. Riddle (*Pro Hac Vice*)<br>ksr@cliffordlaw.com | By: *s/ Tim D. Wackerbarth*<br>Tim D. Wackerbarth, WSBA No. 13673<br>wackerbartht@lanepowell.com<br>Andrew G. Yates, WSBA No. 34239<br>yatesa@lanepowell.com<br>Warren E. Babb, Jr., WSBA No. 13410<br>babbw@lanepowell.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant National Railroad Passenger Corporation* |

STIPULATION AND ORDER WITH DISMISSAL WITH PREJUDICE - 1
CASE NO. 3:19-CV-05235-BHS

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

019188.0439/8384895.1

| | |
|---|---|
| LUVERA LAW FIRM | LANDMAN CORSI BALLAINE & FORD |
| By: *s/ Robert N. Gellatly*<br>Robert N. Gellatly, WSBA No. 15284<br>robert@luveralawfirm.com<br>David M. Beninger, WSBA No. 18432<br>david@luveralawfirm.com<br>Andrew Hoyal, WSBA No. 21349<br>andy@luveralawfirm.com | By: *s/ Mark S. Landman*<br>Mark S. Landman (*Pro Hac Vice*)<br>mlandman@lcbf.com<br>John A. Bonventre (*Pro Hac Vice*)<br>jbonventre@lcbf.com<br>(Limited Admission Pursuant to APR 8(b)) |

STIPULATION AND ORDER WITH DISMISSAL WITH PREJUDICE - 2
CASE NO. 3:19-CV-05235-BHS

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

019188.0439/8384895.1

**ORDER**

Pursuant to the foregoing stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiff's claims herein are hereby dismissed with prejudice and without costs to any of the aforementioned parties.

DATED this 12th day of March, 2021.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

| CLIFFORD LAW FIRM | LANE POWELL PC |
|---|---|
| By: *s/ Sean P. Driscoll*<br>Sean P. Driscoll (*Pro Hac Vice*)<br>spd@cliffordlaw.com<br>Kevin P. Durkin (*Pro Hac Vice*)<br>kpd@cliffordlaw.com<br>Kristopher S. Riddle (*Pro Hac Vice*)<br>ksr@cliffordlaw.com<br><br>*Attorneys for Plaintiff* | By: *s/ Tim D. Wackerbarth*<br>Tim D. Wackerbarth, WSBA No. 13673<br>wackerbartht@lanepowell.com<br>Andrew G. Yates, WSBA No. 34239<br>yatesa@lanepowell.com<br>Warren E. Babb, Jr., WSBA No. 13410<br>babbw@lanepowell.com<br><br>*Attorneys for Defendant National Railroad Passenger Corporation* |
| LUVERA LAW FIRM | LANDMAN CORSI BALLAINE & FORD |
| By: *s/ Robert N. Gellatly*<br>Robert N. Gellatly, WSBA No. 15284<br>robert@luveralawfirm.com<br>David M. Beninger, WSBA No. 18432<br>david@luveralawfirm.com<br>Andrew Hoyal, WSBA No. 21349<br>andy@luveralawfirm.com | By: *s/ Mark S. Landman*<br>Mark S. Landman (*Pro Hac Vice*)<br>mlandman@lcbf.com<br>John A. Bonventre (*Pro Hac Vice*)<br>jbonventre@lcbf.com<br>(Limited Admission Pursuant to APR 8(b)) |

STIPULATION AND ORDER WITH DISMISSAL WITH PREJUDICE - 3
Case No. 3:19-cv-05235-BHS

019188.0439/8384895.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107